The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DON PUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, a foreign company,<br><br>    Defendant. | NO. 2:25-cv-00301-JNW<br><br>ORDER GRANTING STIPULATION TO CONTINUE TRIAL DATE |

This matter having come before this Court upon the Parties' Stipulation to Continue the Trial Date, and this Court having considered pleadings and evidence on file in this matter, as well as the following:

1.  The Parties' Stipulation to Extend Deadlines along with supporting declaration;

NOW, THEREFORE, having been fully advised on the premises and being familiar with the court file and the particulars herein, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  The Parties' Stipulation to Extend Deadlines is **GRANTED** and the deadlines are extended as follows:

PROPOSED ORDER – NO. 2:25-CV-000301-JNW – PAGE 1

Ropers Majeski PC
Attorneys at Law
1420 5th Avenue, Suite 2200
Seattle, Washington 98101
206.676.3400

| Event | Current deadline | New deadline |
|---|---|---|
| Jury trial (5-7 days) begins | May 18, 2026 | October 5, 2026 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | October 20, 2025 | March 9, 2026 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | November 19, 2025 | April 8, 2026 |
| Discovery completed by | December 19, 2025 | May 8, 2026 |
| All dispositive motions must be filed by (*see* LCR 7(d)) | January 20, 2026 | June 9, 2026 |
| All motions in limine must be filed by (*see* LCR 7(d)) | April 13, 2026 | August 31, 2026 |
| Agreed pretrial order due | May 5, 2026 | September 22, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | May 5, 2026 | September 22, 2026 |
| Pretrial conference | May 7, 2026 | September 24, 2026 |

2. Defendant's Motion for Extension of Time to Extend the Deadline to Disclose Expert Reports, Dkt. No. 15, is DENIED as MOOT.

DATED this 4th day of November, 2025.

Jamal N. Whitehead
United States District Judge

PROPOSED ORDER – NO. 2:25-CV-000301-JNW – PAGE 2

ROPERS MAJESKI PC
Attorneys at Law
1420 5th Avenue, Suite 2200
Seattle, Washington 98101
206.676.3400