The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DON PUGH,

    Plaintiff,

v.

FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, a foreign company,

    Defendant.

NO. 2:25-cv-00301-JNW

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES

**Note on Motion Calendar:**

**Thursday, December 18, 2025**

This matter having come before this Court upon the Parties' Stipulation to Continue deadlines associated with the pending Motions for a Protective Order and Motion to Compel, and this Court having considered pleadings and evidence on file in this matter, as well as the following:

1. The Parties' Stipulation to Extend Deadline;

NOW, THEREFORE, having been fully advised on the premises and being familiar with the court file and the particulars herein, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The Parties' Stipulation to Extend Deadlines is **GRANTED** and the deadlines are extended as follows, for:

- The Opposition Briefs for the Motion to Compel and Motion for a Protective order

ORDER – NO. 2:25-CV-000301-JNW – PAGE 1

Ropers Majeski PC
Attorneys at Law
1420 5th Avenue, Suite 2200
Seattle, Washington 98101
206.676.3400

is Monday, January 5, 2026 and the Reply briefs for the Motion to Compel and Motion for a Protective Order is Friday, January 9, 2026.

DATED this 19th day of December, 2025.

Jamal N. Whitehead
United States District Judge

PROPOSED ORDER – NO. 2:25-CV-000301-JNW – PAGE 2

ROPERS MAJESKI PC
Attorneys at Law
1420 5th Avenue, Suite 2200
Seattle, Washington 98101
206.676.3400