UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DON PUGH, | CASE NO. 2:25-cv-00301-JNW |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

This Court held a hearing on pending motions on Monday, March 2, 2026. This written order confirms the Court's oral rulings and controls in the event of any inconsistency with statements made during the hearing.

For the reasons stated on the record, the Court ORDERS as follows:

1. Defendant Foremost Insurance Company Grand Rapids Michigan's motion for a protective order, Dkt. Nos. 20, 26, is GRANTED IN PART. The Parties are ORDERED to meet and confer and must file a stipulated protective order within FOURTEEN (14) days of this order. The stipulated

MINUTE ORDER - 1

protective order must be consistent with the District's model order and must identify the categories of documents that may be designated as confidential.

2. Foremost's motion for protective order is DENIED as it relates to Plaintiff Don Pugh's proposed Fed. R. Civ. P. 30(b)(6) topics regarding affirmative defenses.

3. Pugh's motion to compel, Dkt. No. 22, is GRANTED. Foremost's objections are OVERRULED. The Parties are ORDERED to meet and confer regarding the proper time frame for the requests. Following that discussion, and subject to the stipulated protective order discussed above, Foremost MUST supplement discovery to Pugh's discovery requests within TWENTY-ONE (21) days of this order.

Dated this 2nd day of March 2026

Joshua C. Lewis
Clerk
/s/Kathleen R. Albert
Deputy Clerk

MINUTE ORDER - 2