The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DON PUGH,

          Plaintiff,

    v.

FOREMOST INSURANCE COMPANY
GRAND RAPIDS MICHIGAN, a foreign
company,

          Defendant.

NO. 2:25-cv-00301-JNW

ORDER GRANTING THE PARTIES'
STIPULATED MOTION TO EXTEND
DEADLINES TO ALLOW POST-
DISCOVERY CUTOFF DEPOSITION

**Clerk's Action Required**

**Note on Motion Calendar:**

**Monday, April 13, 2026**

This matter having come before this Court upon Plaintiff's Motion to Compel Defendant Foremost Insurance Company Grand Rapids Michigan, and this Court having considered pleadings and evidence on file in this matter, as well as, the following:

1.    The Parties' Stipulated Motion to Extend Deadlines to Allow Post-Discovery Cutoff Deposition of Defense Expert;

NOW, THEREFORE, having been fully advised on the premises and being familiar with the court file and the particulars herein, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.    The Stipulated Motion to Extend is GRANTED.

ORDER GRANTING THE PARTIES' STIPULATED MOTION TO EXTEND
NO. 2:25-CV-000301-JNW – PAGE 1

ROPERS MAJESKI PC
Attorneys at Law
7900 SE 28th Street, Suite 500
Mercer Island, Washington 98040
206.676.3400

2.        The Court authorizes the deposition of Defense Expert Danette Leonardi to be taken on May 12, 2026, after the present discovery cutoff of May 8, 2026.

DATED this 17th day of April, 2026.

_____

Honorable Jamal N. Whitehead

Presented by

ROPERS MAJESKI PC

_____

Joanne T. Blackburn, WSBA #21541
joanne.blackburn@ropers.com
*Attorney for Defendant*

ORDER GRANTING THE PARTIES' STIPULATED MOTION TO EXTEND
NO. 2:25-CV-000301-JNW – PAGE 2

ROPERS MAJESKI PC
Attorneys at Law
7900 SE 28th Street, Suite 500
Mercer Island, Washington 98040
206.676.3400