The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DON PUGH,

          Plaintiff,

   v.

FOREMOST INSURANCE COMPANY
GRAND RAPIDS MICHIGAN, a foreign
company,

          Defendant.

NO. 2:25-cv-00301-JNW

ORDER GRANTING THE PARTIES'
STIPULATED MOTION TO EXTEND
DEADLINES TO ALLOW POST-
DISCOVERY CUTOFF DEPOSITION

**Clerk's Action Required**

**Note on Motion Calendar:**

**Tuesday, May 5, 2026**

This matter having come before this Court upon the parties Stipulated Motion to Extend Deadlines to Allow Post-Discovery Cutoff continued 30(b)(6) Deposition of Foremost and this Court having considered pleadings and evidence on file in this matter, as well as, the following:

1. The Parties' Stipulated Motion to Extend Deadlines to Allow Post-Discovery Cutoff Deposition;

NOW, THEREFORE, having been fully advised on the premises and being familiar with the court file and the particulars herein, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The Stipulated Motion to Extend is GRANTED.

ORDER GRANTING THE PARTIES' STIPULATED
MOTION TO EXTEND DEADLINES TO ALLOW POST-DISCOVERY
CUTOFF DEPOSITION
NO. 2:25-cv-00301-JNW – PAGE 1

2.    The Court authorizes the continued 30(b)(6) deposition of Foremost to be taken on May 14, 2026, after the present discovery cutoff of May 8, 2026.

DATED this 6th day of May, 2026.

_____
Honorable Jamal N. Whitehead

Presented by

ROPERS MAJESKI PC

By */s/ Joanne T. Blackburn*
   Joanne T. Blackburn, WSBA #21541
   7900 SE 28th Street, Suite 500
   Mercer Island, Washington 98040
   Telephone: (206) 676-3400
   Email: *joanne.blackburn@ropers.com*
   ***Attorney for Defendant Foremost Insurance Company Grand Rapids Michigan***

CASCADE LAW PLLC

By */s/ Joseph W. Moore*
   Joseph W. Moore WSBA #44061
   2707 Colby Avenue, Suite 1420
   Everett, WA 98201
   Telephone: (425) 998-8999
   Email: joseph@cascade.law
   ***Attorney for Plaintiff***

ORDER GRANTING THE PARTIES' STIPULATED
MOTION TO EXTEND DEADLINES TO ALLOW POST-DISCOVERY
CUTOFF DEPOSITION
NO. 2:25-cv-00301-JNW – PAGE 2